### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN THE MATTER OF: | : |
| | : |
| AA 10000 CORP | : CASE NO. 07-06601 (ESL) |
| | : |
| | : |
| Debtor(s) | : CHAPTER 7 |
| | : ASSET CASE |

### NOTICE OF PAYMENT OF FUNDS INTO THE REGISTRY OF THE COURT

TO THE HONORABLE

    Comes now, Wigberto Lugo Mender, duly appointed trustee in the above captioned case, hereby shows the following:

1.     In accordance with U.S.C. Section 347(a), payment has been stopped on all checks of the estate, which remain unpaid, as identified in Paragraph 2. The total sum of the check is $1,402.05 which has been deposited with the Court for disposition pursuant to 28 U.S.C Section 2041 <u>et. Seg.</u>

2.     Pursuant to Federal Rule of Bankruptcy Procedure 3011, the last known name and address of each entity who final dividend check has not been presented for payment and the amount that such entity is entitled to be paid from the property of the Estate which has been paid into the Court is as follows:

| Claim # | Name & Address of Claimant | Dividend Amount |
|---|---|---|
| 031 | Sherley Herrera Corporan<br>313 Calle 3 NE Puerto Nuevo<br>San Juan, PR 00920 | $227.83 |
| 035 | Randall Hernandez Nieves<br>PO Box 3627<br>Guaynabo PR 00970 | 259.02 |
| 049 | Randy Hernandez Nieves<br>PO Box 3627<br>Guaynabo PR 00970 | 375.52 |

AA 10000 CORP
CASE #07-06601 (ESL)
PAGE #2

NOTICE OF PAYMENT OF FUNDS INTO THE REGISTRY OF THE COURT

| 055 | Xavier Mojica Rivera<br>Calle 1 P#6 Barrio Dajaos<br>Bayamon PR 00956 | 235.16 |
|---|---|---|
| 075 | Maria Luisa Soto Blondet<br>Calle Eliza Tavares HB 9<br>Levittown<br>Toa Baja PR 00949 | 304.52 |
| | *Total Unclaimed Dividends:* | $1,402.05 |

**I HEREBY CERTIFY:** That on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the parties appearing in said system.

I HEREBY CERTIFY having sent a copy of this document by first Class U.S. Mail to the U.S. Trustee's Office at their address of record.

RESPECTFULLY SUBMITTED

This 8th day of September of 2014 in Guaynabo, Puerto Rico.

*S/ Wigberto Lugo Mender*
WIGBERTO LUGO MENDER
CHAPTER 11 TRUSTEE
Centro Internacional de Mercadeo
Rd #165 Torre 1 Suite 501
Guaynabo, PR 00968
Tel. (787) 707-0404
Fax (787) 707-0412
trustee@lugomender.com

WIGBERTO LUGO-MENDER
CENTRO INTERNACIONAL DE MERCADO
RD 165 TORRE I SUITE 501
GUAYNABO, PR 00968

Claim 031, Payment 100.000000%

BANCO SANTANDER P.R.
BANCA INSTITUCIONAL 977
101-234/215

CHECK NUMBER
381

| DATE | AMOUNT |
|---|---|
| 09/08/14 | *******1,402.05 |

CHECK IS VOID AFTER 90 DAYS

| CASE NUMBER | DEBTOR |
|---|---|
| 07-06601 ESL | AA 10000 CORP |

PAY TO THE ORDER OF

CLERK U.S. BANKRUPTCY COURT
US Post Office and Courthouse
300 Recinto Sur Room 109
San Juan PR 00901

One Thousand Four Hundred Two Dollars And 05/100

WIGBERTO LUGO-MENDER- CHAPTER 7 TRUSTEE
CHECK IS VOID AFTER 90 DAYS

⑈000381⑈ ⑆021502341⑆ 3004498126⑈

---

| Paid To: CLERK U.S. BANKRUPTCY COURT | Social Security Number: 597-145756 |
|---|---|
| Debtor: AA 10000 CORP | Case Number 07-06601 ESL  Case Tax ID: 66-0524667 |

WIGBERTO LUGO-MENDER, CENTRO INTERNACIONAL DE MERCADEO, RD 165 TORRE I SUITE 501, GUAYNABO, PR

| Gross Earnings | 1,421.73 |
|---|---|
| SOCIAL SECURITY | 15.35 |
| MEDICARE | 3.59 |
| DISABILITY INS | 0.74 |
| Net Earnings | 1,402.05 |

Description: Claim 031, Payment 100.000000%

| Bank Account Number: 3004498126 | Date: 09/08/14 | Check Number: 381 | Amount: 1,402.05 |
|---|---|---|---|